472 A.2d 252

Commonwealth v. Whittal, Appellant.

Submitted October 3, 1983. Michael Louis Goldberg, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Appeal quashed.

472 A.2d 253

Commonwealth ex rel. Burney v. Jarrett, Appellant.

Submitted November 8, 1983. Samuel Joseph Davis, for appellant; Steve Peter Leskinen, for appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.